FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED and KORTNEY KARSTETTER,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>    Defendant. | No.  2:24-CV-00074-SAB<br><br>**ORDER DISMISSING CLAIMS; CLOSING THE FILE** |

On May 23, 2024, Plaintiffs filed a Stipulation of Dismissal, ECF No. 10. Plaintiffs are represented by Ryan Best. Defendant is represented by Michael Rhodes. Plaintiffs stipulate that all of their claims against Defendant be dismissed with prejudice and without an award of fees or costs to any party.

//
//
//
//
//
//
//

**ORDER DISMISSING CLAIMS; CLOSING THE FILE ~ 1**

Accordingly, **IT IS ORDERED**:

1. Pursuant to Plaintiffs' Stipulation, ECF No. 10, all claims against Defendant are **dismissed with prejudice** and without an award of fees or costs to any party.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 24th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CLAIMS; CLOSING THE FILE ~ 2**